IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| VICKI L. SCHELL, on behalf of herself and others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>FREDERICK J. HANNA & ASSOCIATES, P.C.,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION FILE NO.<br>)　3:15-cv-00418-TMR<br>)<br>)<br>)<br>)<br>) |

## ORDER

For good cause shown, the Consent Motion To Stay Case To Finalize Class Settlement Agreement is hereby GRANTED. This case is stayed through and including March 7, 2016 so that the parties may finalize their class action settlement agreement and other related documents, at which point Plaintiff shall file her unopposed motion for preliminary approval of the class settlement. The Preliminary Pretrial Conference scheduled for February 18, 2016 is hereby postponed until further Order of the Court, and the deadline for the parties to file their Rule 26(f) report also is hereby postponed until further Order of the Court.

SO ORDERED this ___5___ day of February, 2016.

_____
THOMAS M. ROSE
UNITED STATES DISTRICT COURT