IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| VICKI L. SCHELL, on behalf of herself and others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) FREDERICK J. HANNA & ) ASSOCIATES, P.C., ) ) Defendant. ) | CIVIL ACTION FILE NO. 3:15-cv-00418-TMR |

### ORDER

For good cause shown, the Consent Motion To Extend Stay To Finalize Class Settlement Agreement is hereby GRANTED. The stay in this case is hereby extended through and including March 21, 2016, at which point Plaintiff shall file her unopposed motion for preliminary approval of the class settlement.

SO ORDERED this 15 day of March, 2016.

_____
THOMAS M. ROSE
UNITED STATES DISTRICT COURT